# Court of Appeals
# of the State of Georgia

ATLANTA, September 10, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0048. TIGE E. FROEHLICH v. DEIRDRE FROEHLICH.**

Dierdre Froehlich filed a contempt action against her ex-husband, Tige Froehlich, for violating the division of property provision of the parties' divorce decree. Dierdre Froelich amended her petition to allege the violation of several other provisions of the decree, including the visitation schedule. The superior court held Tige Froehlich in contempt and supplemented the divorce decree by providing additional instructions to the parties and later awarded attorney fees against Tige Froehlich. He appealed from the order of attorney fees. We, however, lack jurisdiction.

Because this action is ancillary to the parties' divorce proceeding, a matter within the Supreme Court's appellate jurisdiction, this appeal is hereby *transferred* to the Supreme Court for disposition. Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Griffin v. Griffin*, 243 Ga. 149 (253 SE2d 80) (1979); see also *Brown v. King*, 266 Ga. 890 (472 SE2d 65) (1996); *Smith v. Smith*, 254 Ga. 450, 452 (2) (330 SE2d 706) (1985); *Hines v. Hines*, 237 Ga. 755 (1) (229 SE2d 744) (1976); compare *Ashburn v. Baker*, 256 Ga. 507 (350 SE2d 437) (1986) (jurisdiction in contempt action involving child custody issues, but not issues relating to divorce and alimony, is with the Court of Appeals).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/10/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_Stephen E. Castlen_ *, Clerk.*